UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC LECHANT BELL

                                                    CIVIL ACTION

VERSUS

                                                    NO. 11-170-BAJ-SCR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable

to this action, the Report and Recommendation of United States Magistrate Judge

Stephen C. Riedlinger dated March 23, 2012 (doc. 20), to which plaintiff has filed an

objection (doc. 21) hereby approves the report and recommendation of the magistrate

judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that under sentence four of 42 U.S.C. §405 (g), the

final decision of the Commissioner of Social Security Michael J. Astrue denying the

applications for disability and supplemental security income benefits filed by plaintiff

Erick Lechant Bell is affirmed, and this action is dismissed.

Baton Rouge, Louisiana, April 30, 2012.


_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA