UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC LECHANT BELL | CIVIL ACTION |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | NO. 11-170-BAJ-SCR |

**RULING AND ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 23, 2012 (doc. 20), to which plaintiff has filed an objection (doc. 21) hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that under sentence four of 42 U.S.C. §405 (g), the final decision of the Commissioner of Social Security Michael J. Astrue denying the applications for disability and supplemental security income benefits filed by plaintiff Erick Lechant Bell is affirmed, and this action is dismissed.

Baton Rouge, Louisiana, April 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA